UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE VENEGAS GATICA,

            Petitioner,

   v.

UNITED STATES OF AMERICA,

            Respondent.

Case No. C25-5686-RAJ-SKV

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's filing is deemed a motion made under 28 U.S.C. § 2255 and TRANSFERRED to the Honorable David G. Estudillo.

    (3)    Petitioner's application to proceed in forma pauperis is MOOT.

///

///

///

1     The Clerk is directed to send copies of this Order to the Parties and to Judge Vaughan.

3     Dated this 16th day of October, 2025.

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2